[No. 8418–6–I. Division One. July 20, 1981.]

*In the Matter of the Welfare of*
TIMOTHY BLAIR DRAFS.

Appeal from a judgment of the Superior Court for Whatcom County, No. J–7164, Frank A. Morrow, J. Pro Tem., entered December 12, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8165–9–I. Division One. July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LYNN BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00455–8, Paul D. Hansen, J., entered November 14, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, J., Ringold, A.C.J., dissenting.

[No. 8858–1–I. Division One. July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS M. LECLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10193, Marshall Forrest, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Andersen, J.